UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAROL STUART<br>aka CAROL CRUSE,<br><br>Defendant(s). | SUMMONS IN A CIVIL ACTION<br><br>Case Number:<br><br>CV 08 3090 SLM |

TO: (Name and Address of Defendant)

    CAROL STUART aka CAROL CRUSE
    4340 SHAFTER AVENUE
    OAKLAND, CA 94609

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

**(510) 523-4702**

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING
CLERK                                           DATE

BY DEPUTY CLERK

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT  |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 |   |
| 4 | UNITED STATES OF AMERICA, |
| 5 | Plaintiff, |
| 6 | v. |
| 7 | CAROL STUART |
|   | aka CAROL CRUSE, |
| 8 |   |
|   | Defendant(s). |
| 9 | _____ / |

SUMMONS IN A CIVIL ACTION

Case Number:

CV 08 3090 SLM

10  TO: (Name and Address of Defendant)

11      CAROL STUART aka CAROL CRUSE
        4340 SHAFTER AVENUE
12      OAKLAND, CA 94609

13  YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United

14  States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor,

15  San Francisco, CA 94102, an answer to the complaint which is herewith served upon you

16  within 20 days after service of this summons upon you, exclusive of the day of service.

17

18  You must also serve your answer upon

19  PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law,
    P.O. Box 129, Alameda, CA 94501
20                                                      (510) 523-4702

21  If you fail to do so, judgment by default will be taken against you for the relief demanded in
    the complaint.
22

23                                                      7/1/08

24  RICHARD W. WIEKING                                  DATE
    CLERK
25

    **GINA AGUSTINE-RIVAS**
26
    BY DEPUTY CLERK
27

28